United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JASON LEVETTE WASHINGTON,

    Plaintiff,

v.

IVAN SATTERFIELD,

    Defendant.

Case No.  25-cv-03058-RS

**ORDER OF SUA SPONTE REFERRAL**

Pursuant to Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Judge Jacqueline Scott Corley to determine whether it is related to *Washington v. Muela*, Case No. 25-cv-3057-JSC.

**IT IS SO ORDERED**.

Dated: April 8, 2025

_____
RICHARD SEEBORG
Chief United States District Judge