UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON LEVETTE WASHINGTON,<br><br>    Plaintiff,<br><br>    v.<br><br>R. MUELA,<br><br>    Defendant. | Case No. 25-cv-03057-JSC<br><br>**ORDER RE: PLAINTIFF'S MOTIONS**<br><br>Re: Dkt. Nos. 15, 17 |

After screening Mr. Washington's complaint pursuant to 28 U.S.C. § 1915, the Court dismissed his complaint and granted him until August 7, 2025 to file an amended complaint. (Dkt. No. 11.) Because as of October 3, 2025, Mr. Washington had not filed an amended complaint, the Court entered judgment in favor of R. Muela and against Mr. Washington. (Dkt. No. 14.)

Mr. Washington now moves for partial summary adjudication against R. Muela and Ivan Satterfield, (Dkt. No. 15), as well as ex parte emergency injunctive relief and restitution, (Dkt. No. 17). The Court denies these motions because, as it has previously explained, "Mr. Washington has not filed an amended complaint upon which to base his motion[s]." (Dkt. No. 13 at 1.) In addition, because the Court has entered judgment against Mr. Washington, it cannot treat his motion for partial summary adjudication as an amended complaint. *See Thrune v. Shetler*, 892 F.2d 1046 (Table), 1989 WL 156567, at *1 (9th Cir. 1989) ("[Plaintiff] now cannot amend her complaint because the case is closed after final judgment and there are no active pleadings to amend.").

So, the Court DENIES Plaintiff's motions for partial summary adjudication and for ex parte emergency injunctive relief and restitution as moot.

This Order disposes of Docket Nos. 15 and 17.

**IT IS SO ORDERED.**

Dated: December 17, 2025

_____
JACQUELINE SCOTT CORLEY
United States District Judge